NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veronica Beckum,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Conn Appliances Incorporated, et al,<br><br>　　　　　　Defendant. | No. CV-14-00680-PHX-JJT<br><br>**ORDER** |

　　　Pursuant to the Parties' Stipulation for Dismissal With Prejudice (Doc.30), and good cause appearing;

　　　IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

　　　Dated this 16th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge